DAVID N. SCHACHTER (CA SBN 100189; CO SBN 25284)
(dschachter@shermanhoward.com)
SHERMAN & HOWARD L.L.C.
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone: 303-299-8385
Facsimile: 303-298-0940

*Attorney for Defendants*
Instaplak, Inc., d/b/a In The Spotlight.com, and
Michael Stephen Stern

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yelp! Inc.,<br><br>              Plaintiff,<br><br>v.<br><br>Instaplak, Inc. d/b/a In The Spotlight.com, and<br>Michael Stephen Stern,<br><br>              Defendants. | Case No. CV 08-5761 EMC<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**  ; ORDER<br><br>**[N.D. CAL. CIVIL LR 6-1(A)]**<br><br>Complaint filed:    December 24, 2008 |

STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. C 07-085761 EMC

BUS_RE\2222568.1

Pursuant to Northern District Local Rule 6-1(a), it is hereby stipulated by and between plaintiff Yelp! Inc. and defendants Instaplak, Inc. d/b/a In The Spotlight.com, and Michael Stephen Stern, through their respective attorneys, that the time by which defendant Instaplak, Inc. d/b/a In The Spotlight.com, and Michael Stephen Stern may file an answer to the operative complaint shall be extended to and including February 11, 2009.  There have been no previous modifications of any deadlines in this case.

Dated:  February 3, 2009

DAVID N. SCHACHTER
SHERMAN & HOWARD L.L.C.

By:     /s/ David N. Schachter /s/
        David N. Schachter

*Attorney for Defendants*
Instaplak, Inc. d/b/a In The Spotlight.com, and Michael Stephen Stern

Dated:  February 5, 2009

JULIE S. TURNER
TURNER BOYD LLP

By:      /s/ Julie S. Turner /s/
        Julie S. Turner

*Attorney for Plaintiff*
Yelp! Inc.

I, Julie S. Turner, am the ECF User whose ID and password are being used to file this Stipulation For Extension Of Time To Respond To Complaint.  In compliance with General Order 45, X.B., I hereby attest that David N. Schachter has concurred on this filing.

Dated:  February 5, 2009

TURNER BOYD LLP

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

By:      /s/ Julie S. Turner /s/

*Attorney for Plaintiff*
Yelp! Inc.

- 2 -