| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | JAMES J.S. HOLMES  (State Bar No. 126779) |
| 2 | MATTHEW A. FISCHER  (State Bar No. 191451) |
|   | One Market Plaza, Steuart Tower, 8th Fl. |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
|   | Email: james.holmes@sdma.com |
| 5 | Email: matthew.fischer@sdma.com |
| 6 | Attorneys for Defendants, INSTAPLAK, INC., |
|   | d/b/a IN THE SPOTLIGHT.COM, and |
| 7 | MICHAEL STEPHEN STERN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | YELP! INC., a Delaware Corporation, | CASE NO. CV 08-5761 WHA |
| 12 | Plaintiff, | ~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS INSTAPLAK, INC. AND MICHAEL STEPHEN STERN'S NOTICE OF SUBSTITUTION OF COUNSEL |
| 13 | v. | |
| 14 | INSTAPLAK, INC. D/B/A IN THE SPOTLIGHT.COM, and MICHAEL STEPHEN STERN, | |
| 15 | | |
| 16 | Defendants. | |

18    Pursuant to defendants Instaplak, Inc. d/b/a In The Spotlight.com and Michael Stephen

19  Stern's Substitution of Counsel filed on March 13, 2009:

20    IT IS HEREBY ORDERED that defendants Instaplak, Inc. d/b/a In The Spotlight.com

21  and Michael Stephen Stern's Substitution of Counsel is granted, and Sedgwick, Detert, Moran &

22  Arnold LLP are now attorneys of record for defendants Instaplak, Inc. d/b/a In The

23  Spotlight.com and Michael Stephen Stern.

24    IT IS SO ORDERED.

26  DATED:   March 19, 2009

27                                                HONORABLE WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE

*[Seal: IT IS SO ORDERED / Judge William Alsup / United States District Court, Northern District of California]*

SF/1577169v1                        -1-                        CASE NO. CV 08-5761 WHA
ORDER GRANTING SUBSTITUTION OF COUNSEL