1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES J.S. HOLMES  (State Bar No. 126779)
2  MATTHEW A. FISCHER  (State Bar No. 191451)
   One Market Plaza, Steuart Tower, 8th Fl.
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   Email: james.holmes@sdma.com
5  Email: matthew.fischer@sdma.com

6  Attorneys for Defendants, INSTAPLAK, INC.
   d/b/a IN THE SPOTLIGHT.COM, and
7  MICHAEL STEPHEN STERN

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11  YELP! INC., a Delaware Corporation,          CASE NO. CV 08-5761 WHA

12          Plaintiff,                           **STIPULATION AND [PROPOSED]**
                                                 **ORDER EXTENDING TIME TO**
13          v.                                   **CONDUCT MEDIATION**

14  INSTAPLAK, INC. D/B/A IN THE
    SPOTLIGHT.COM, and MICHAEL                   ADR LOCAL RULE 6-5
15  STEPHEN STERN,

16          Defendants.

17

18          PURSUANT TO ADR LOCAL RULE 6-5, counsel for Defendants and counsel for

19  Plaintiff file this stipulation and proposed order extending the deadline for conducting mediation

20  to September 30, 2009.

21          WHEREAS, on April 9, 2009, the Court issued a Case Management Order and Reference

22  to ADR Unit for Mediation, wherein the Court referred the parties to the Court's ADR Unit for

23  mediation;

24          WHEREAS, on April 23, 2009, the Court's ADR Unit assigned M. Scott Donahey to

25  conduct a mediation with the parties and, pursuant to ADR L.R. 6-4, the parties were required to

26  conduct a mediation session by July 8, 2009;

27          WHEREAS, defendant Instaplak's President, Michael Stern, will be out of the country on

28  his honeymoon until September 15, 2009 and Mr. Stern is the only representative of Instaplak

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1   with the knowledge and authority to adequately represent Instaplak at the mediation in this

2   matter;

3        WHEREAS, both parties have been diligently working to search for, retrieve and process

4   relevant electronic data for production in this case, but the process has taken significantly longer

5   than expected, at least on the part of defendant Instaplak, Inc., due to logistical and technical

6   obstacles related to the format and location of much of the relevant data;

7        WHEREAS, the parties have agreed to conduct a mediation on September 30, 2009 and

8   the parties, their counsel and mediator M. Scott Donahey have all confirmed their availability for

9   September 30, 2009;

10        WHEREAS, extending the time for the parties to conduct a mediation to September 30,

11   2009 will not alter the date for any hearing or conference set by the Court;

12        IT IS HEREBY STIPULATED AND AGREED by the parties, by and through their

13   respective counsel, that the time for the parties to conduct a mediation shall be continued to

14   September 30, 2009.

15

16

17   DATED:  June 4, 2009            SEDGWICK, DETERT, MORAN & ARNOLD LLP

18

19

20   By:  /s/ Matthew A. Fischer
     MATTHEW A. FISCHER
     Attorneys for Defendants, INSTAPLAK, INC.
21   d/b/a IN THE SPOTLIGHT.COM, and
     MICHAEL STEPHEN STERN
22

23

24

25   DATED:  June 4, 2009            TURNER & BOYD, LLP

26

27    /s/ Julie S. Turner
     JULIE S. TURNER
     Attorneys for Plaintiff YELP! INC.
28

SEDGWICK
DETERT, MORAN & ARNOLD LLP

1    IT IS SO ORDERED, the parties shall conduct a mediation in this case no later than

2  September 30, 2009.  Please note there will be no further continuances.

3

4  Dated: June 10, 2009.                    _____

5                                           Hon. William J. Alsup
                                            United States District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
JAMES J.S. HOLMES  (State Bar No. 126779)
2 | MATTHEW A. FISCHER  (State Bar No. 191451)
One Market Plaza, Steuart Tower, 8th Fl.
3 | San Francisco, California 94105
Telephone: (415) 781-7900
4 | Facsimile: (415) 781-2635
Email: james.holmes@sdma.com
5 | Email: matthew.fischer@sdma.com

6 | Attorneys for Defendants, INSTAPLAK, INC.
d/b/a IN THE SPOTLIGHT.COM, and
7 | MICHAEL STEPHEN STERN

8

9 | UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10

11 | YELP! INC., a Delaware Corporation,        CASE NO. CV 08-5761 WHA

12 |            Plaintiff,                      **PROOF OF SERVICE**

13 |         v.                                 JUDGE:   WILLIAM H. ALSUP

14 | INSTAPLAK, INC. D/B/A IN THE
SPOTLIGHT.COM, and MICHAEL
15 | STEPHEN STERN,

16 |            Defendants.

17

18

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

SEDGWICK
DETERT, MORAN & ARNOLD LLP

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On June 5, 2009, I served the within document(s):

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO CONDUCT MEDIATION**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ E-MAIL - by electronically transmitting document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

**SEE ATTACHED LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 5, 2009, at San Francisco, California.

Rosanna K. Garfias

1

**ATTACHED LIST**

2

Julie S. Turner, Esq.                    Attorneys For Plaintiff YELP! INC.
3
Karen I. Boyd, Esq.
TURNER BOYD LLP
4
2625 Middlefield Rd., #675
Palo Alto, CA 94306
5
Telephone: (650) 494-1530
Facsimile: (650) 472-8028
6

7

M. Scott Donahey                         Mediator
3790 El Camino Real, Suite 171
8
Palo Alto, CA  94306
Telephone: (650) 823-0338
9
Facsimile: (650) 941-4262

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SEDGWICK
DETERT, MORAN & ARNOLD LLP 28