# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Yelp! Inc., | No. C 08-05761 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Instaplak, Inc., | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __9/30/09__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ **YES**   ☐ **NO**

Dated: __11/6/09__

**Mediator, M. Scott Donahey**
3790 El Camino Real, Suite 171
Palo Alto, CA 94306

**Certification of ADR Session**
08-05761 WHA MED