| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | JAMES J.S. HOLMES  (State Bar No. 126779) |
| 2 | MATTHEW A. FISCHER  (State Bar No. 191451) |
|   | One Market Plaza, Steuart Tower, 8th Fl. |
| 3 | San Francisco, California 94105 |
|   | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
|   | Email: james.holmes@sdma.com |
| 5 | Email: matthew.fischer@sdma.com |
| 6 | Attorneys for Defendants, INSTAPLAK, INC. |
|   | d/b/a IN THE SPOTLIGHT.COM, and |
| 7 | MICHAEL STEPHEN STERN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | YELP! INC., a Delaware Corporation, | CASE NO. CV 08-5761 WHA |
| 12 | Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER WITH MODIFICATIONS** |
| 13 | v. | |
| 14 | INSTAPLAK, INC. D/B/A IN THE SPOTLIGHT.COM, and MICHAEL STEPHEN STERN, | |
| 16 | Defendants. | |
| 17 | | |
| 18 | INSTAPLAK, INC. D/B/A IN THE SPOTLIGHT.COM, | |
| 19 | Counterclaimant, | |
| 20 | v. | |
| 21 | YELP! INC. | |
| 22 | Counterdefendant. | |

CASE NO. CV 08-5761 WHA
STIPULATION AND ORDER FOR DISMISSAL

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action, through their undersigned authorized counsel, hereby agree and stipulate that this action, and all claims and counterclaims asserted therein, by either the plaintiff or the defendants are hereby dismissed with prejudice.  Each side is to bear its own attorneys' fees and costs.

This Court shall retain jurisdiction for the purpose of enforcing the parties' settlement agreement. *

By: /s/ Julie S. Turner
    Julie S. Turner
    TURNER BOYD LLP
    2625 Middlefield Road, Number 675
    Palo Alto, CA  94306
    (650) 494-1530

Attorneys for Plaintiff
YELP! INC.

By: /s/ Matthew A. Fischer
    Matthew A. Fischer
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
    One Market Plaza, Steuart Tower, 8th Floor
    San Francisco, CA  94105
    (415) 781-7900

Attorneys for Defendants and Cross-Claimants INSTAPLAK, INC. AND MICHAEL STEPHEN STERN

**THE CLERK SHALL CLOSE THE FILE.**
IT IS SO ORDERED.

Dated: December 29, 2009.

_____
William H. Alsup
United States District Court Judge

* **The undersigned will only retain jurisdiction to enforce the settlement agreement for three years from the date of this order.**